JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ADAM REEVES (DCB 429112)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7157
    FAX: (415) 436-7234

Attorneys for the United States

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

*JCS*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHANE C. BUCZEK, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL NO. 3 08 70132 <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on March 6, 2008, the above-named defendant was arrested based upon an arrest warrant issued upon an

■ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the Western District of New York, Criminal Case Number 08 CR 054.

1

1 | In that case, the defendant is charged with violations of Title 18 United States Code, Sections 1001(a)(2) (false statements); 1542 (false statements with respect to a passport); and 1028 (possession false identification document).

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: March 7, 2008

ADAM REEVES
Assistant U.S. Attorney

# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

---

THE UNITED STATES OF AMERICA

-vs-

SHANE C. BUCZEK

ORIGINAL
RECEIVED AND FILED
UNITED STATES DISTRICT COURT CLERK
WESTERN DISTRICT OF NEW YORK

MAR 0 4 2008

BY:

MAY 2007 GRAND JURY
(Empaneled 05/04/07)

**INDICTMENT**
08-CR-

08 CR 054

Violation:

Title 18, United States Code, Sections 1001(a)(2), 1542 and 1028(a)(4).

### INTRODUCTION

THE GRAND JURY CHARGES:

1.  AT all times material to this indictment, the State Department was an agency within the Executive branch of the government of the United States charged with, among other things, processing applications for and issuing United States Passports.

2.  Certain employees of the United States Postal Service were designated as "authorized acceptance agents" with authority to accept for the Department of State United States Passport form DS-

11 (Series 09-2005) (hereinafter "Passport Application") from United States citizens applying for a United States Passports.

3. The defendant, SHANE C. BUCZEK, was a citizen of the United States, and resided in the Western District of New York, specifically at 7335 Derby Road, Derby, New York.

4. The defendant, SHANE C. BUCZEK, was in both actual and constructive possession of United States Passport 103233184, which the State Department issued to him on or about July 30, 1999.

## COUNT ONE

### THE GRAND JURY FURTHER CHARGES:

1. THAT the INTRODUCTION to this indictment is incorporated herein by reference and re-alleged as if fully set forth in this count.

2. THAT, on or about December 20, 2006, in the Western District of New York, in a matter within the jurisdiction of the State Department, the defendant, SHANE C. BUCZEK, unlawfully, willfully, and knowingly made materially false, fictitious and fraudulent statements and representations.

**THAT IS TO SAY**, on or about December 20, 2006, the defendant submitted what appeared to be a genuine passport application to an authorized acceptance agent at the United States Post office in Lackawanna, New York which application was altered and was known to the defendant to have been altered to contain materially false fictitious and fraudulent statements and representations as follows:

| State Department Official Application (Form DS-11) (Block 22, Oath and Signature) | Application Submitted by the defendant on December 20, 2006 (Block 22, Oath and Signature) (Alterations/false statements shadowed) |
|---|---|
| I declare under penalty of perjury that I am a United States citizen (or non-citizen national) and have not, since acquiring United States citizenship (or U.S. nationality), performed any of the acts listed under "Acts of Conditions" on this application form (unless explanatory statement is attached). I declare under penalty that the statements made on this application are true and correct. | I declare under penalty of perjury that I am ▓▓▓▓▓ and have not, since acquiring citizenship (or nationality), performed any of the acts listed under "Acts or Conditions" on this application form (unless explanatory statement is attached), ▓▓▓▓▓. I declare under penalty that the statements made on this application are true and correct. |

**ALL** in violation of Section 1001(a)(2) of Title 18 of the United States Code.

3

## COUNT TWO

### THE GRAND JURY FURTHER CHARGES:

1. THAT the INTRODUCTION to this indictment is incorporated herein by reference and realleged as if fully set forth in this count.

2. THAT, on or about December 20, 2006, in the Western District New York, the defendant, SHANE C. BUCZEK, in the ersatz passport application more fully described in Count One, which description is incorporated herein and re-alleged, unlawfully, willfully and knowingly made false statements with intent to induce the issuance of a passport under the authority of the United States for his own use contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to said laws.

THAT IS TO SAY, on or about December 20, 2006, the defendant submitted what appeared to be a genuine passport application to an authorized acceptance agent at the United States Post Office in Lackawanna, New York, which application contained the following false statements:

    a. That the defendant's "Permanent Address or Residence" was 3135 South Federal Highway, Del Ray (sic), Florida, 33483, which in truth and in fact and as the defendant well knew was the address of Postal Store Plus, a commercial establishment offering post office boxes to the public for rent and, when in truth and in fact, and as the defendant also well knew, his "Permanent Address or Residence" was 7335 Derby Road, Derby, New York; and

    b. That the status of [his] recent passport was "other, lost at sea," when in truth and in fact, and as the defendant then and there well knew, he had been issued a passport (#103233184) in 1999, that said passport was not, and had never been, "lost at sea," and he had both actual and constructive possession of passport #103233184.

    ALL in violation of Section 1542 of Title 18 of the United States Code.

5

## COUNT THREE

The Grand Jury Further Charges:

1. THAT beginning on an unknown date, but sometime prior to December 26, 2005, and continuing to the date of the filing of this indictment, in the Western District New York and elsewhere, the defendant, SHANE C. BUCZEK, unlawfully and knowingly possessed a false identification document, as defined in subsection (d)(4) of Section 1028 of Title 18 of the United States Code, with intent that such document be used to defraud the United States.

2. THAT IS TO SAY, during the aforesaid period, the defendant possessed a false identification document which appeared to be issued by the United States, to wit: a "United States of America Head of State – Diplomat Card," in the name of Shane-Christopher Buczek, Apostille Number 05-03248, and did use said identification document to attempt to obtain a valid United States Passport from United States Department of State

ALL in violation of Section 1028(a)(4), 1028(c)(1) and 1028(b)(2) of Title 18 of the United States Code.

DATED: Buffalo, New York, March 4, 2008.

TERRANCE P. FLYNN
United States Attorney

By: _____
ANTHONY M. BRUCE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
(716) 843-5700, ext. 886
Anthony.M.Bruce@usdoj.gov

A TRUE BILL:

_____
FOREPERSON

7