AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA  V.  Shane C. Buczek | COMMITMENT TO ANOTHER DISTRICT  (DEFENDANT OUT OF CUSTODY) |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. Dist. Of CA | W. Dist. Of NY (Buffalo) | 3-08-70132 JCS | 08-CR-054 S |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. §  1001(a)(2) & 1542 and 1028(a)(4)

**DISTRICT OF OFFENSE**
Western District of NY (Buffalo)

**DESCRIPTION OF CHARGES:**

False statements to the State Department; False statements on a Passport application and use of an unlawful identification document in attempting to obtain a U.S. Passport.

**CURRENT BOND STATUS:**

X Bail fixed at          O/R          and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Dft shall appear before Judge Schroeder on 3/14/8 @ 2 PM @ 68 Court St., Buffalo, NY
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |

| Interpreter Required? | X No | ☐ Yes | Language: |

March 7, 2008
Date

JOSEPH C. SPERO
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |