UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>Plaintiff, §<br>§<br>v. §<br>§<br>SHANE C. BUCZEK §<br>Defendant § | CR No. 3:08-70132<br><br>This motion is verified |

### DEFENDANT'S EMERGENCY MOTION FOR AN ENLARGEMENT OF TIME TO REPORT TO BUFFALO COURT

**To the Honorable Magistrate Judge Joseph C Spero**

Comes now, Defendant, Shane C. Buczek, pro se, in the above styled case, and moves this Honorable Court for a one week enlargement of time to report to the court in Buffalo regarding his current indictment and pending criminal case.

**A.    History**

On March 7, 2008, an affidavit Rule 5 was recorded from the Western District for the Western District of New York in the above styled case. (Dock, # 1)

On March 7, 2008, proceedings were held before this court, and an initial appearance was held, in which defendant was ordered removed to the Western District of New York, to report by March 14, 2008 at 2 PM at 68 Court Street, Buffalo, New York. The court ordered that Defendant be represented by counsel for that hearing only. (Dock. # 2, 3, 4).

Although Defendant resides permanently in Buffalo, he is currently in California working for his family in the property management business. He handles contracts related to that business for his father, who also resides in Buffalo. Those contracts

1

require that he either sublet the contracts or find others to assume the contracts in order that the business does not incur substantial losses as a result of his departure.

Defendant requests that the court grant him a one week extension of time to allow him to divest himself of the business contracts and allow him to preserve, as much as possible, his family's business interests in this District of California. This extension would allow him to divest management of those property management contracts under his control and time to properly plan his report to Buffalo.

This request is not for delay, but to allow preservation of his father's business interests in the State of California.

Wherefore, Defendant, pro se, requests that the magistrate grant him a one week extension of time to report to the court in Buffalo, until March 21, 2008 at 2 PM>

This motion is verified.

I certify that the foregoing facts are true and correct under the penalty of perjury.

Shane C. Buczek
_Shane Chrstph Buzck_

LORNA B. ANIT
Commission # 1732892
Notary Public - California
Alameda County
My Comm. Expires May 18, 2011

**NOTARY PUBLIC**

On this the 11th day of March 2008, the above named person, Shane C. Buczek, ~~personally known to me~~, appeared before me and certified that the facts presented in this motion were true and correct under the penalty of perjury.

_Lorna B. Anit_
NOTARY PUBLIC IN AND FOR THE STATE OF CALIFORNIA

per attached new CA. all-purpose acknowledgment

2

## CERTIFICATE OF SERVICE

On this the \_\_12\_\_ day of March, 2008, a true and correct copy of the foregoing motion was served on opposing counsel of record, Adam A. Reeves, AUSA, 450 Golden Gate Avenue, 11th Floor, Box 36055, San Francisco, CA 94102, by fax to (415) 436-7234.

*Shane C. Buczek*
Shane C. Buczek
c/o 37171 Sycamore Street
Newark, Ca 94560

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of  California

County of  Alameda

On  March 11, 2008  before me  LORNA B. ANIT  Notary Public
      DATE                               NAME, TITLE OF OFFICER

personally appeared _____
                                NAME(S) OF SIGNER(S)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing is true and correct.

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

[Notary Seal: LORNA B. ANIT, Commission # 1732892, Notary Public - California, Alameda County, My Comm. Expires Mar 18, 2011]

This area for notarial seal

### OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNED**

☐ INDIVIDUAL
☐ CORPORATE OFFICER
   _____
   TITLE(S)
☐ PARTNER(S)  ☐ LIMITED
                        ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

SIGNER IS REPRESENTING:

**DESCRIPTION OF ATTACHED DOCUMENT**

REQUEST FOR HEARING & APPLICATION TO SET ASIDE ORDER
TITLE OR TYPE OF DOCUMENT

3
NUMBER OF PAGES

3/11/08
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE