**United States District Court**
For the Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

UNITED STATES OF AMERICA                    Case No. 3-08-70132 JCS

7

Plaintiff(s),                    **ORDER DENYING DEFENDANT'S EMERGENCY MOTION FOR AN**

8

v.                              **ENLARGEMENT OF TIME TO REPORT TO BUFFALO COURT [Docket No. 5]**

9

SHANE C. BUCZEK,

10

Defendant(s).

11 _____/

12      On March 12, 2008, Defendant Shane C. Buczek, appearing pro se, filed an Emergency

13 Motion for An Enlargement of Time to Report to Buffalo Court (the "Motion").

14      IT IS HEREBY ORDERED THAT the Motion is DENIED.

15      IT IS SO ORDERED.

16

17 Dated:  March 13, 2008

18                              _____
                                JOSEPH C. SPERO
19                              United States Magistrate Judge

20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


USA,

                Plaintiff,

    v.

SHANE C. BUCZEK,

                Defendant.

_____/

Case Number: 3:08-mj-70132 JCS

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Shane C. Buczek
37171 Sycamore Street
Newark, CA 94560


Dated: March 13, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk