COPY

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 10, 2008

FILED

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAR 1 4 2008
CLERK, USDC WDNY

Office of the Clerk
U.S. District Court
Western District of New York
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Case Name:      US v Shane C. Buczek
Case Number:    3-08-70132 JCS
Charges:        18:1001, 1542 and 1028(a)(4)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero. The following action has been taken:

(X)     The U.S. Marshal has been ordered to remove this defendant
        to your district forthwith.
(X)     The defendant has a court appearance in your court on: 3/14/08 2 pm

Enclosed are the following documents:
original Rule 5 affidavit
original minute and bond orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:
Case Systems Administrator

Enclosures
cc: Financial Office

-----------------------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____ 08 - CR -54 _____.

Date: ___3-14-08___

CLERK, U.S. DISTRICT COURT

By _____
      Deputy Clerk