

MR. SHANE C. BUCZEK
37171 SYCAMORE STREET
NEWARK, CA 94560

FILED
08 MAR 32 AM 6:42

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 3-08-70132 JCS |
|---|---|
| Plaintiff(s), | **ORDER DENYING DEFENDANT'S EMERGENCY MOTION FOR AN ENLARGEMENT OF TIME TO REPORT TO BUFFALO COURT [Docket No. 5]** |
| v. | |
| SHANE C. BUCZEK, | |
| Defendant(s). | |

On March 12, 2008, Defendant Shane C. Buczek, appearing pro se, filed an Emergency Motion for An Enlargement of Time to Report to Buffalo Court (the "Motion").

IT IS HEREBY ORDERED THAT the Motion is DENIED.

IT IS SO ORDERED.

Dated: March 13, 2008

JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

SHANE C. BUCZEK,

        Defendant.
_____/

Case Number: 3:08-mj-70132 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shane C. Buczek
37171 Sycamore Street
Newark, CA 94560

Dated: March 13, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk